B 1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>SP Newsprint Holdings LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): See Attached Schedule 1 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 26-4566180 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>80 Field Point Road<br>Greenwich, Connecticut<br>ZIP CODE 06830 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fairfield County, Connecticut | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

_____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

--------------------------------------------------------
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

RLF1 5439292v. 1

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): SP Newsprint Holdings LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Attached Schedule 2 | Case Number: See Attached Schedule 2 | Date Filed: See Attached Schedule 2 |
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | SP Newsprint Holdings LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

X _____
Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 S are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X /s/ Mark D. Collins
Signature of Attorney for Debtor(s)
Mark D. Collins (No. 2981)
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
One Rodney Square, 920 N. King Street
Address
Wilmington, Delaware 19801
(302) 651-7700
Telephone Number
- and -
Joel H. Levitin
Printed Name of Attorney for Debtor(s)
CAHILL GORDON & REINDEL LLP
Firm Name
80 Pine Street
Address
New York, NY 10005
(212) 701-3000
Telephone Number

November 15, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Edward D. Sherrick
Signature of Authorized Individual
Edward D. Sherrick
Printed Name of Authorized Individual
Executive Vice President and Chief Financial Officer
Title of Authorized Individual
November 15, 2011
Date

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | ) ) ) | Case No. 11-_____ (___) |
| Debtor. | ) ) | |

**SCHEDULE 1
LIST OF OTHER NAMES OF DEBTORS**

During the eight years prior to the commencement of their Chapter 11 bankruptcy cases, the above-captioned debtor and/or its debtor affiliates may have used or been known by the following names (including trade names):

1. SP Newsprint Co.

2. Bulldog Acquisition I LLC

3. Bulldog Acquisition II LLC

4. Southeastern Paper Recycling

5. SP Newsprint Merger LLC

6. Publishers Papers

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | ) ) ) | Case No. 11-_____ (___) |
| Debtor. | ) ) |  |

**SCHEDULE 2
LIST OF AFFILIATED DEBTORS**

On the date hereof, each of the affiliated entities listed below (including the debtor in this Chapter 11 case) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. A motion has been filed requesting that these Chapter 11 cases be jointly administered.

| SP Newsprint Holdings LLC | SEP Technologies, L.L.C. |
|---|---|
| SP Newsprint Co., LLC | SP Recycling Corporation |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | ) ) ) | Case No. 11-_____ (___) |
| Debtor. | ) ) |  |

**CONSOLIDATED LIST OF CREDITORS HOLDING
30 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS**

   The above-captioned debtor and its debtor-affiliates set forth on Schedule 2 to this petition (collectively, the "<u>Debtors</u>") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The following is a consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "<u>Consolidated List</u>") based on the Debtors' books and records as of approximately November 15, 2011. The Consolidated List is prepared in accordance with Bankruptcy Rule 1007(d) for filing in these Chapter 11 cases. The Consolidated List does not include (a) persons who come within the definition of "insider" set forth in Bankruptcy Code § 101(31) or (b) secured creditors, unless the value of such creditors' collateral is such that the unsecured deficiency places those creditors among the holders of the 30 largest unsecured claims on a consolidated basis. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Waste Management | Waste Management<br>390 Innovation Way<br>Spartenburg, SC 29385<br>Tel: 713-512-6200<br>Fax: 713-957-6965 | Trade Debt | | $3,776,067.31 |
| Rocktenn Recycling | Rocktenn Recycling<br>14079 Collection Center Drive<br>Chicago, IL 60693-0140<br>Tel: 770-448-2193<br>Fax: 423-267-2746 | Trade Debt | | $1,417,813.14 |
| Lazard Ltd. | Lazard Ltd.<br>30 Rockefeller Plaza<br>New York, New York 10020<br>Tel: 212-362-6000 | Trade Debt | | $1,014,666.00 |
| United Healtcare | United Healthcare<br>1 Penn Plaza 8th Floor<br>New York, New York 10019<br>Tel: 212-216-6411 | Health Insurance | | $880,004.13 |
| FCR Recycling | FCR Recycling<br>P.O. Box 1364<br>Willston, VT 05495<br>Tel: 704-697-2033<br>Fax: 973-328-7791 | Trade Debt | | $813,314.17 |
| Laurens County Tax Commissioner | Laurens County Tax Commissioner<br>P.O. Box 2099<br>Dublin, GA 31040<br>Tel: (478)272-4755<br>Fax: (478)272-3895 | Property Tax | | $688,586.61 |
| Asten Johnson Inc. | Asten Johnson Inc.<br>P.O. Box 751985<br>Charlotte, NC 28275-1985<br>Tel: 843-747-7800<br>Fax: 843-747-3856 | Trade Debt | | $682,101.64 |
| Georgia Central Railway, L.P. | Georgia Central Railway, L.P.<br>13901 Sutton Park Drive South<br>Suite 125<br>Jacksonville, FL 32224<br>Tel: (912) 234-8038 | Trade Debt | | $678,467.65 |
| KT Brokerage Ltd | KT Brokerage Ltd.<br>3900 Hobbs St.<br>Victoria, BC V8N4C9<br>Tel: 250-721-1359 | Trade Debt | | $615,378.65 |
| Paper Stock Dealers, Inc. | Paper Stock Dealers, Inc.<br>1111 Mitchell Street<br>Knoxville, TN 37917<br>Tel: 865-524-0309<br>Fax: 785-235-9420 | Trade Debt | | $602,790.86 |
| Pratt Industries Recycling | Pratt Industries Recycling<br>1800 A Saratoga Parkway<br>Conyers, GA 30013<br>Tel: 888-347-7288<br>Fax: 678-607-1022 | Trade Debt | | $572,915.63 |

RLF1 5439292v. 1

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| American President Lines (APL) | American President Lines (APL)<br>116 Inverness Drive East<br>Englewood, CO 80112<br>Tel: 602-586-4800<br>Fax: 303-645-7679 | Trade Debt | | $557,641.00 |
| Southern Appalachian Coal Sale | Southern Appalachian Coal Sales<br>9050 B Executive Park Drive<br>Suite 100<br>Knoxville, TN 37923<br>Tel: 865-470-8595 | Trade Debt | | $508,643.15 |
| Schneider National Inc. | Schneider National Inc.<br>P.O. Box 281496<br>Atlanta, GA 30384-1496<br>Tel: 920-592-3777<br>Fax: 920-592-3063 | Trade Debt | | $497,325.48 |
| Land Care Services LLC | Land Care Services LLC<br>1513 Telfair Street<br>Dublin, GA 31021<br>Tel: 478-296-1122 | Trade Debt | | $474,424.17 |
| Rumpke Recycling | Rumpke Recycling<br>P.O. Box 538708<br>Cincinnati, OH 45253<br>Tel: 513-242-4401<br>Fax: 740-534-9139 | Trade Debt | | $473,447.05 |
| Corrosion Monitoring Services, Inc. | Corrosion Monitoring Services, Inc.<br>902 Equity Drive<br>Saint Charles, IL 60174<br>Tel: 800-637-6592<br>Fax: 630-762-9301 | Trade Debt | | $466,110.87 |
| Tidewater Fibre Corp. | Tidewater Fibre Corp.<br>1958 Diamond Hill Road<br>Chesapeake VA, 23324<br>Tel: 804-543-5766<br>Fax: 757-543-9523 | Trade Debt | | $455,513.63 |
| Cellmark Inc. | Cell Mark Inc.<br>P.O. Box 641<br>Norwalk, CT 06856<br>Tel: 203-299-5000<br>Fax: 203-299-5043 | Trade Debt | | $424,814.42 |
| Allied Waste | Allied Waste<br>684 Mauldin Road<br>Greenville, SC 29607<br>Tel: 480-627-2700 | Trade Debt | | $421,853.98 |
| Link American Transportation | Link American Transportation<br>P.O. Box 731503<br>Dallas, TX 75373-1503 | Trade Debt | | $419,690.26 |
| EKA Chemicals | EKA Chemicals<br>P.O. Box 905860<br>Charlotte, NC 28290-5860<br>Tel: 770-329-2987 | Trade Debt | | $404,962.74 |
| Swift Transportation | Swift Transportation<br>P.O. Box 643985<br>Pittsburgh, PA 15264-3985<br>Tel: 800-800-4400<br>Fax: 602-447-3434 | Trade Debt | | $379,327.71 |

RLF1 5439292v. 1

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Applied Industrial Technologies | Applied Industrial Technologies<br>22810 Network Place<br>Chicago, IL 60673-1225<br>Tel: 863-665-2637 | Trade Debt | | $370,490.44 |
| Super Service LLC | Super Service LLC<br>24940 Network Place<br>Chicago, IL 60673-1249<br>Tel: 800-669-8658<br>Fax: 800-456-8765 | Trade Debt | | $368,730.09 |
| MSC Co. | MSC Co.<br>10050 NW Freeway<br>Suite 100<br>Houston, TX 77092<br>Tel: 713-681-8800<br>Fax: 800-255-5067 | Trade Debt | | $366,636.00 |
| Universal AM-Can Ltd. | Universal AM-Can Ltd.<br>P.O. Box 33297<br>Detroit, MI 48232<br>Tel: 800-233-9448<br>Fax: 586-920-0258 | Trade Debt | | $349,155.43 |
| CSX Transportation | CSX Transportation<br>P.O. Box 532652<br>Atlanta, GA 30353-2652<br>Tel: 404-859-1903 | Trade Debt | | $347,138.97 |
| Continental Paper Grading Co. | Continental Paper Grading Co.<br>P.O. Box 88654<br>Chicago, IL 60680-1654<br>Tel: 312-226-2010<br>Fax: 312-226-2025 | Trade Debt | | $344,216.27 |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation<br>Office of Chief Counsel<br>1200 K. Street N.W.<br>Washington, D.C. 20005-4026<br>Tel: 202-326-4000<br>Fax: 202-326-4162 | | Contingent, Unliquidated, Disputed | Unknown |

RLF1 5439292v. 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | Case No. 11-_____ (___) |
| Debtor. | |

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, the undersigned, authorized signatory of the above-captioned debtor named as the debtor in this Chapter 11 bankruptcy case, declare under penalty of perjury that I have reviewed the foregoing consolidated list of creditors holding the 30 largest unsecured claims against the debtors set forth on Schedule 2 to this petition and that the information contained thereon is correct to the best of my knowledge, information, and belief.

Dated: November 15, 2011

By: _____
Name: Edward D. Sherrick
Title: Executive Vice President and Chief Financial Officer

RLF1 5439292v. 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SP NEWSPRINT HOLDINGS LLC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY
## HOLDERS AND CORPORATE OWNERSHIP STATEMENT

In accordance with Bankruptcy Rule 1007(a), the debtor submits the following information:

| **Name** | **Address** | **Percentage of Equity Held** |
|---|---|---|
| Peter M. Brant | 80 Field Point Road<br>Greenwich, CT 06830 | 49.40% |
| SP Newsprint Holdings, Inc. | c/o Peter M. Brant<br>80 Field Point Road<br>Greenwich, CT 06830 | 35.74% |
| White Birch Paper Company | c/o Peter M. Brant<br>80 Field Point Road<br>Greenwich, CT 06830 | 15.86% |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | ) ) ) | Case No. 11-_____ (___) |
| Debtor. | ) ) | |

## DECLARATION CONCERNING LIST OF EQUITY
## SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

I, the undersigned, authorized signatory of the above-captioned debtor named as the debtor in this Chapter 11 bankruptcy case, declare under penalty of perjury that I have reviewed the foregoing list of equity security holders and corporate ownership statement and that the information contained thereon is correct to the best of my knowledge, information, and belief.

Dated: November 15, 2011

By: _____
Name: Edward D. Sherrick
Title: Executive Vice President and Chief Financial Officer

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | ) ) ) | Case No. 11-_____ (___) |
| Debtor. | ) ) |  |

## LIST OF CREDITORS

   The above-captioned debtor and its debtor affiliates set forth on Schedule 2 to this petition (collectively, the "<u>Debtors</u>") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of the petitions, the Debtors filed a single consolidated list of creditors (the "<u>Consolidated Creditor List</u>"), in lieu of separate lists for each of the Debtors. On account of its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically along with this petition.

[information provided in electronic format]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SP NEWSPRINT HOLDINGS LLC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |

## DECLARATION REGARDING CREDITOR LIST

I, the undersigned, authorized signatory of the above-captioned debtor named as the debtor in this Chapter 11 bankruptcy case, declare under penalty of perjury that I have reviewed the Consolidated Creditor List submitted herewith and the information contained thereon is correct to the best of my knowledge, information, and belief.

Dated: November 15, 2011

By: _____
Name: Edward D. Sherrick
Title: Executive Vice President and Chief Financial Officer

# UNANIMOUS WRITTEN CONSENT TO
# FILE CHAPTER 11 AND RELATED MATTERS

## Dated as of November 10, 2011

| SP Newsprint Holdings LLC | SP Recycling Corporation |
|---|---|
| SP Newsprint Co., LLC | SEP Technologies, L.L.C. |

The undersigned, being all of the members of the Board of Managers or Board of Directors, as applicable (the "Boards"), of each of the entities listed above (each referred to herein as a "Company" and collectively referred to herein as the "Companies"), do hereby waive notice and holding of a meeting, consent to the adoption of the following specified resolutions, and approve and adopt such resolutions with the same force and effect as if they were approved and adopted at duly-constituted meetings:

RESOLVED that, in the judgment of the Boards, it is desirable and in the best interests of the Companies, their creditors, stockholders, employees, and other interested parties that petitions be filed by the Companies in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), on or about October 11, 2011, commencing bankruptcy cases (the "Reorganization Cases") under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the appropriate officers and members of each Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") are, and each of them hereby is, authorized and directed, in the name of each of the Companies and on its behalf, to take such actions as any Authorized Officer may deem necessary or advisable in connection with commencing and prosecuting the Reorganization Cases; and it is further

RESOLVED that Alan D. Holtz and Richard S. Abbey are, and each of them hereby is, appointed officers of the Companies, but not as Authorized Officers for the purposes of these resolutions, with the following titles, Senior Vice-President - Restructuring and Vice-President - Restructuring, respectively, or such other titles as the Companies may designate with all powers and authorities to be designated by the Boards; and it is further

RESOLVED that the Authorized Officers are, and each of them hereby is, authorized and directed to retain on behalf of the Companies (i) the law firm of Cahill Gordon Reindel LLP, (ii) the law firm of Richards, Layton & Finger, P.A., (iii) the restructuring firm of AP Services, LLC, and (iv) any other professionals the Authorized Officers deem necessary and appropriate for the Reorganization Cases; and it is further

RESOLVED that the Authorized Officers are, and each of them hereby is, authorized and directed, in the name of each of the Companies and on its behalf, to seek such orders from the Bankruptcy Court, including, but not limited to, orders regarding the operation of the business of the Companies, as any of them may deem necessary, appropriate, or advisable during the pendency of the Reorganization Cases, and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as any Authorized Officer may deem necessary, appropriate, or advisable and to retain all assistance from legal counsel and other professionals, and to take any and all actions

that they, or any one of them, deem necessary, appropriate, or advisable in connection with the Reorganization Cases; and it is further

       RESOLVED that all acts lawfully done or actions lawfully taken, including prior acts and actions, by the Authorized Officers, or any one of them, including to seek relief under Chapter 11 of the Bankruptcy Code or any matter related thereto, be, and they hereby are, authorized, approved, ratified, and confirmed in all respects as the acts and deeds of each of the Companies; and it is further

       RESOLVED that the Authorized Officers are, and each of them hereby is, authorized, empowered, and directed, in the name of each of the Companies and on its behalf, to do or cause to be done all such further acts and things and to execute, deliver, and seal all such other documents, agreements, instruments, undertakings, or certificates as any of them may deem necessary or advisable in connection with, and to carry into effect or implement the purpose and intent of, the foregoing resolutions; and it is further

       RESOLVED that this written consent may be executed in one or more counterparts, and when each signatory hereto has executed as least one counterpart, including execution in any electronic format, the resolutions contained herein shall be deemed adopted and in full force and effect as of the date hereof.

       IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date written above.

Constituting the entire members of Boards of each of the above-listed entities.

_____
Peter M. Brant

_____
Edward D. Sherrick