ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SP NEWSPRINT HOLDINGS LLC, | ) | Case No. 11-13649 (CSS) |
| Debtor. | ) | **Re: Docket No. 3** |
| In re: | ) | Chapter 11 |
| SP NEWSPRINT CO., LLC, | ) | Case No. 11-13650 (CSS) |
| Debtor. | ) | **Re: Docket No. 3** |
| In re: | ) | Chapter 11 |
| SP RECYCLING CORPORATION, | ) | Case No. 11-13651 (CSS) |
| Debtor. | ) | **Re: Docket No. 3** |
| In re: | ) | Chapter 11 |
| SEP TECHNOLOGIES, L.L.C., | ) | Case No. 11-13652 (CSS) |
| Debtor. | ) | **Re: Docket No. 3** |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon consideration of the motion (the "Motion")[1] of the Debtors for an order directing joint administration of their Chapter 11 cases; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting the Motion;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 5593272v. 1

and upon consideration of any affidavits, declarations, or other documents filed in support of the Motion or any other motion or application; and upon the record of these Chapter 11 cases and any hearings held to consider the Motion; and it appearing that joint administration of the Debtors' individual Chapter 11 cases for procedural purposes will be in the best interests of the Debtors' estates, creditors, and all other parties-in-interest and will further the economic and efficient administration of these cases; and all of the other debtors subject to this Order appearing to be "affiliates" under Bankruptcy Code § 101(2); and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 cases shall be jointly administered for procedural purposes. Nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned Chapter 11 cases.

3. All orders approving motions and applications prior to the entry hereof shall apply to the cases of each of the Debtors as if each were specifically and individually entered in all such cases.

4. The caption of the Debtors' jointly-administered Chapter 11 cases shall be as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SP NEWSPRINT HOLDINGS LLC, et al., | ) | Case No. 11-13649 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

5. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 13649 (CSS).

6. A docket entry shall be made in each of the above-captioned Chapter 11 cases substantially as follows:

> An order has been entered in this case directing joint administration of this case for procedural purposes with the Chapter 11 bankruptcy case of SP NEWSPRINT HOLDINGS LLC, Case No. 11-13649 (CSS). The docket for SP NEWSPRINT HOLDINGS LLC should be consulted for all matters affecting this case.

7. One consolidated service list for these jointly-administered cases shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

8. The Debtors are authorized and empowered to take any and all actions necessary to implement and effectuate the terms of this Order.

9. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

RLF1 5593272v. 1

10. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: November 17, 2011
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE